**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JOSEPH JOHNSON                                                                                    PETITIONER

vs.                                                                            Civil Action No. 3:11-cv-384 HTW-LRA

JOHNNIE DENMARK, RONALD KING,
and THE STATE OF MISSISSIPPI                                                              RESPONDENTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 27th day of January, 2012.**

                                                                s/ HENRY T. WINGATE
                                                                **UNITED STATES DISTRICT JUDGE**